UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Door Company, a Minnesota corporation, and Penny Lundsten,<br><br>Plaintiff,<br><br>vs.<br><br>Home Depot, USA, a foreign corporation licensed to do business in Minnesota,<br><br>Defendant | Case No.: 0:02CV475 RHK/AJB<br><br>**STIPULATION AND ORDER** |

The parties to this litigation, acting through their undersigned counsel, hereby stipulate and agrcc as follows:

1. Defendant Home Deport, USA, shall respond to Plaintiffs' Interrogatories served on or about April 3, 2002, on or before December 2, 2002.

2. The parties jointly request the Court to amend the Scheduling Order previously entered in this matter to be amended to provide as follows:

February 28, 2003: All non-expert discovery shall be commenced in time to be completed by this date.

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

March 10, 2003: By Plaintiffs
April 11, 2003: By Defendant

May 2, 2003: All discovery to be completed.

May 5, 2003: All non-dispositive motions and supporting documents, including those that relate to discovery, shall be served and filed.

FILED NOV 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

June 2, 2003: All dispositive motions shall be served and filed by the parties and heard by the Court.

This case shall be ready for non-jury trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than August 1, 2003.

3. Plaintiffs' Motion To Compel, presently scheduled to be heard on November 27, 2002, shall be removed from the calendar.

4. On or before December 2, 2002, Defendant's counsel shall pay to Plaintiffs' counsel $ 300.00 for costs incurred in preparing Plaintiffs' Motion To Compel Discovery.

Dated: November 26 2002

GREENSTEIN, MABLEY & WALL

By: ______________________
Frank T. Mabley, #6578x
300 Rosedale Square Office Building
2803 Lincoln Drive
Roseville, MN 55113-1312
(651) 636-7696

Attorneys for Plaintiffs

LARSON • KING, LLP

By: ______________________
Darron C. Knutson, #57034
2800 Minnesota World Trade Center
30 East 7th St.
St. Paul, MN 55101
(651) 312-6506

Attorneys for Defendant

**ORDER**

Based upon the stipulation of the parties, it is so ORDERED.

Arthur J. Boylan
United States Magistrate Judge