C0 02-475 RHK/AJB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **August 1, 2003. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: March 10, 2003.

FILED MAR 1 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

| | | |
|---|---|---|
| 1. | QRS Diagnostic LLC | David Fairbairn<br>612-339-1863 |
| | vs CV 01-1782 RHK/SRN<br>JURY | |
| | Mortara Instruments INC. | Michael Florey<br>612-335-5070 |
| 2. | Minnesota Door Company<br>Penny Lundsten | Frank Mabley<br>651-636-7696 |
| | vs CV 02-475 RHK/AJB<br>COURT | |
| | Home Depot USA Inc.,<br>etc | Darron Knutson<br>Daniel Adams<br>651-312-6500 |
| 3. | Piramiah Elayaperumal | Piramiah Elayaperumal<br>763-424-548 |
| | vs CV 02-860 RHK/SRN | |
| | Medtronic Inc. | Jacqueline Mrachek<br>Kevin Ross<br>612-373-0830 |