UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Minnesota Door Company, a Minnesota, corporation, and Penny Lundsten,

Plaintiffs,

v.

Home Depot USA, a foreign corporation licensed to do business in Minnesota,

Defendant.

Case No: 02-CV-475 RHK/AJB

**STIPULATION AND ORDER DISMISSING COUNTS II, III AND IV and DISMISSING PENNY LUNDSTEN AS A PLAINTIFF**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that Counts II, III and IV of plaintiffs' Complaint are hereby dismissed with prejudice and without costs to any party.

IT IS FURTHER STIPULATED AND AGREED, that Penny Lundsten is hereby dismissed as a plaintiff in this case.

IT IS FURTHER STIPULATED AND AGREED that a judgment of dismissal with prejudice of Counts II, III and IV of plaintiffs' Complaint may be entered pursuant to this Stipulation without further notice.

Date: 3/21/03

GREENSTEIN, MABLEY & WALL, LLC

By: ______________________
Frank T. Mabley (#6578X)
2803 Lincoln Drive, Suite 300
Roseville, Minnesota 55113-1312
Telephone: (651) 636-7696
Facsimile: (651) 636-9600

**ATTORNEYS FOR PLAINTIFFS MINNESOTA DOOR COMPANY AND PENNY LUNDSTEN**

FILED MAR 28 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 28 2003
DEPUTY CLERK ________

Date: 3-21-2003

LARSON • KING, LLP

By: ______________________

Daniel C. Adams (#186417)
David M. Wilk (#222860)
Minnesota World Trade Center, Suite 2800
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

**ATTORNEYS FOR DEFENDANT HOME DEPOT USA, INC.**

IT IS SO ORDERED.

Date: 3/28/03

BY THE COURT:

______________________

The Honorable Richard H. Kyle
United States District Court Judge