UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Minnesota Door Company, a Minnesota, corporation, and Penny Lundsten,

Plaintiffs,

v.

Home Depot USA, a foreign corporation licensed to do business in Minnesota,

Defendant.

Case No: 02-CV-475 RHK/AJB

**STIPULATION AND ORDER FOR DISMISSAL**

---

By Stipulation and Order signed by the Court on March 28, 2003, Minnesota Door and Lundsten voluntarily dismissed counts II, III and IV of the Lawsuit and dismissed Lundsten as a plaintiff in the Lawsuit.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the remaining count -- Count I of plaintiffs' Complaint -- is hereby dismissed with prejudice and without costs to any party.

THE PARTIES FURTHER AGREE, that this case is fully dismissed and that a judgment of dismissal with prejudice may be entered without further notice.

Date: 5/21/03

GREENSTEIN, MABLEY & WALL, LLC

By: [signature]
Frank T. Mabley (#6578X)
2803 Lincoln Drive, Suite 300
Roseville, Minnesota 55113-1312
Telephone: (651) 636-7696
Facsimile: (651) 636-9600

**ATTORNEYS FOR PLAINTIFFS MINNESOTA DOOR COMPANY AND PENNY LUNDSTEN**

FILED MAY 27 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 27 200
DEPUTY CLERK

Date: 6-23-2003

LARSON • KING, LLP

By: ______________________

Daniel C. Adams (#186417)
David M. Wilk (#222860)

Minnesota World Trade Center, Suite 2800
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

**ATTORNEYS FOR DEFENDANT HOME DEPOT USA, INC.**

IT IS SO ORDERED.

Date: 5/27/03

BY THE COURT:

______________________

The Honorable Richard H. Kyle
United States District Court Judge