AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Minnesota Door Company, a Minnesota Corporation and Penny Lundsten

V.

Home Depot USA, a foreign corporation licensed to do business in Minnesota

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-CV-475 RHK/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that Count I of plaintiffs' complaint is hereby dismissed with prejudice and without costs to any party, and this case is fully dismissed and that a judgment of dismissal with prejudice may be entered without further notice.

May 30, 2003
Date

RICHARD D. SLETTEN, CLERK

G. Schneider

(By) Gloria Schneider, Deputy Clerk

16

Modified:03/10/03